**Opinion issued March 28, 2013**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――――

## NO. 01-13-00163-CV

―――――――――――――――

**JUDY POWELL, Appellant**

**V.**

**DOW CORNING CORPORATION; MCGHAN MEDICAL CORPORATION; INAMID CORPORATION; MINNESOTA MINING AND MANUFACTURING COMPANY; DOW CHEMICAL COMPANY; AND NUSIL TECHNOLOGY LLC, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-37091**

## MEMORANDUM OPINION

Appellant, Judy Powell, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Accordingly, we

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.